UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                  )
STEPHEN STOUTE,                   )
            Plaintiff,            )
                                  )       CIVIL ACTION
        v.                        )       NO. 19-11271-WGY
                                  )
CITY OF TEWKSBURY, et al.,        )
            Defendants.           )
                                  )

YOUNG, D.J.                                        September 16, 2019

                         **MEMORANDUM AND ORDER**

   On June 7, 2019, pro se plaintiff Stephen Stoute, a resident of East Boston, filed a civil rights complaint naming as defendants the City of Tewksbury and two Tewskbury police officers.  See Docket No. 1.

   On July 16, 2019, Stoute was granted leave to proceed in forma pauperis and was advised that his complaint is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2).  Because Stoute is proceeding pro se, and to the extent he wishes to proceed, he was granted an opportunity to file an amended complaint setting forth plausible claims upon which relief may be granted.  The Order sated that failure to Stoute to file an amended complaint would result in the dismissal of this action.

   To date, Stoute has not responded to the court's order and the time to do so has expired.

   Accordingly, in accordance with the Memorandum and Order dated July 16, 2019, this action is hereby dismissed pursuant to 28 U.S.C.

§ 1915(e)(2) for failing to state a claim upon which relief may be granted.

**SO ORDERED.**

                                                    <u>/s/ William G. Young</u>
                                                    WILLIAM G. YOUNG
                                                    UNITED STATES DISTRICT JUDGE